IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03260-AP

GEORGE M. GALLEGOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael A. Desaulniers, Esq.<br>Law Office of Michael W. Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>(719) 543-8403 (fax)<br>seckarlaw@mindspring.com | Jessica Milano<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    **December 13, 2011**

    B.    Date Complaint was Served on U.S. Attorney's Office:    **February 8, 2012**

    C.    Date Answer and Administrative Record Were Filed:    **May 9, 2012**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

Plaintiff's attorney, because of workload and international travel plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:    **July 9, 2012**

    B.    Response Brief due:    **August 8, 2012**

    C.    Reply Brief due:    **August 23, 2012**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:  **Plaintiff does not request oral argument.**

    B.     Defendant's Statement:  **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29th day of May, 2012

                                      BY THE COURT:

                                      *s/John L. Kane*_____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*<br>Michael A. Desaulniers, Esq.<br>Law Office of Michael W. Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>(719) 543-8636<br>(719) 543-8403 (fax)<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff<br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Jessica Milano*<br>Jessica Milano<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov<br><br>Attorneys for Defendant |