IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03260-AP

GEORGE M. GALLEGOS,

      Plaintiff,
v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

## ORDER

Upon review of Defendant's Unopposed Motion to Remand for Further Proceedings (doc. #16), filed on August 8, 2012,

**IT IS ORDERED** that said motion is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court orders that Defendant will remand the matter to an administrative law judge (ALJ) for further administrative proceedings on Plaintiff's application for supplemental security income, including a *de novo* hearing and a new decision. Upon remand, the agency will direct the ALJ to: (1) reevaluate the credibility of Plaintiff's allegations; (2) obtain a medical expert or request a consultative examination; and (3) reevaluate Plaintiff's residual functional capacity, citing to specific evidence in the record.

Further, the Clerk will enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer,* 509 U.S. 292, 296-302 (1993).

DATED this 8th day of August, 2012.

                                        ***s/John L. Kane***
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT