IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3260-AP**

**GEORGE M. GALLEGOS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

**ORDER**

Kane, J.

The Joint Stipulation to Attorneys Fees Pursuant to the Equal Access to Justice Act, (doc. #21), filed October 3, 2012, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$3,000.00**.

Dated at Denver, Colorado, this 3rd day of October, 2012.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT